UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| PATRICK GONZALES | § | CA-C-15-47 |
| VS. | § | |
| CITY OF CORPUS CHRISTI, TEXAS | § | |

## NOTICE OF TRANSFER

This case has been transferred to U.S. District Hayden Head for the following reason:

(X) Agreement between the Judges.

( ) Case in exchange for CA C-___ which was transferred due to:

( ) Recusal

( ) Bankruptcy related case

( ) Consent to Proceed before the U. S. Magistrate Judge filed.

( ) Other:

DAVID J BRADLEY, CLERK

Date: January 16, 2015         By: Brandy Cortez
                                   DEPUTY CLERK